IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LINDA GIESEKE, et al.individually and on behalf of other similarly situated persons,<br><br>                Plaintiffs,<br>v.<br><br>FIRST HORIZON HOME LOAN CORPORATION, et al<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 04-2511-CM/DJW<br>)<br>)<br>)<br>)<br>)<br>) |

_____

**STIPULATION REGARDING DISCOVERY SERVED ON PLAINTIFFS**
_____

Pursuant to Federal Rule of Civil Procedure 29 and the Court's instruction, the parties jointly submit the following stipulation:

1.   On December 11, 2006 and January 4, 2007, Defendants served written discovery on every opt-in Plaintiff as of those dates.

2.   The parties dispute whether such individualized discovery to opt-in Plaintiffs is appropriate in this case and have agreed to hold the discovery in abeyance until the parties work through class discovery issues.

3.   During the Court's scheduling conference on January 31, 2007, out of an abundance of caution, Defendants expressed concern that they did not want to waive their rights to file a motion to compel pursuant to Local Rule 37.1 in the event the parties were not able to reach an agreement. The Court agreed with the parties that, given the parties' agreement to extend the answer deadline to discovery, there was no waiver of Local Rule 37.1, but suggested that the parties file a stipulation to this effect with the Court.

4. Consequently, the parties stipulate that Plaintiffs have until March 31, 2007 to respond to the written discovery, including but not limited to filing a motion for protective order. The parties further stipulate that the timeframe contained in Local Rule 37.1(b) for filing motions to compel shall not begin to run until March 31, 2007. Nothing in this stipulation shall preclude either party from seeking additional time to complete the above tasks from either the Court pursuant to Local Rule 6.1 or pursuant to stipulation under Federal Rule 29.

Respectfully submitted,

/s/ Daniel B. Boatright
Daniel B. Boatright  KS 15298
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone:   816-474-8100
Facsimile:       816-474-3216

/s/ Frederick J. Lewis
Frederick J. Lewis (TN BPR # 07859)
Lewis Fisher Henderson Claxton & Mulroy, LLP
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
Telephone:     901-767-6160
Facsimile:       901-767-7411

**ATTORNEYS FOR DEFENDANTS**

/s/ George A. Hanson
George A. Hanson  KS Bar #16805
hanson@sshwlaw.com
Virginia Stevens Crimmins  KS Bar #20617
crimmins@sshwlaw.com
Stueve Siegel Hanson Woody LLP
330 West 47th Street, Suite 250
Kansas City, Missouri 64112
Telephone:  (816) 714-7100
Facsimile:   (816) 714-7101

**ATTORNEYS FOR PLAINTIFFS**